IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01993-REB-CBS

VIOLA TALMADGE,

    Plaintiff,

v.

HOSPITAL SHARED SERVICES, INC.,
a Colorado corporation, d/b/a First Watch Security Services,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

It is hereby **ORDERED** Defendant's Unopposed Motion for Entry of Protective Order (*doc.no. 29,* Filed July 06, 2006) is **GRANTED.** The Stipulated Protective Order Concerning Confidential Information is **ACCEPTED** for filing as of the date of this minute order.

In addition to FED.R.Civ.P. 26(c)(2), and D.C.COLO.L.Civ.R 7.2, parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure and the Local Rules of Practice in the United States District Court for the District of Colorado regarding the execution of this protective order.

**DATED:** July 7, 2006