# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-01993-REB-CBS

VIOLA TALMADGE,

     Plaintiff,

v.

HOSPITAL SHARED SERVICES, INC., a Colorado corporation, d/b/a First Watch Security Services,

     Defendant.

## MINUTE ORDER[1]

Plaintiff's **Unopposed Motion to Correct Typographically Erroneous Citations to Exhibits Accompanying Plaintiff's Responsive Brief** [#44], filed November 21, 2006, is **GRANTED**.

Dated: November 22, 2006

-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.