IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01993-REB-CBS

VIOLA TALMADGE,

    Plaintiff,

v.

HOSPITAL SHARED SERVICES, INC.,
a Colorado corporation, d/b/a First Watch Security Services,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Amend Final Pretrial Order (*doc. no. 58)* is **GRANTED**.  The Final Pretrial Order filed on February 2, 2007, modified to include the following footnote, to be placed after the heading of paragraph 3 on page 3:

Defendant disagrees with Plaintiff's statement of the elements of a retaliation claim contained in this paragraph. Defendant asserts that in order to establish a *prima facie* case of retaliation under Title VII, she must demonstrate (1) that she engaged in protected opposition to discrimination, (2) that a reasonable employee would have found that the action challenged is materially adverse, and (3) that a causal connection exists between the protected activity and the materially adverse action.  See Argo v. Blue Cross and Blue Shield of Kansas, Inc., 452 F.3d 1192, 1202 (10th Cir. 2006) (citing Burlington N. & Santa Fe Ry. Co. v. White, ---U.S. ---, 126 S.Ct. 2405, 2414-15 (2006).  If Plaintiff satisfies these requirements, Defendant must articulate a legitimate, nondiscriminatory reason for its action. If Defendant does so, Plaintiff must demonstrate that Defendant's proffered reasons are a pretext for retaliation.  See Id. at 1202-1203.

**DATED:**    March 12, 2007